

# United States Patent [19]
## Kawamura et al.

[11] Patent Number: **Des. 406,329**

[45] Date of Patent: ⁎⁎**Mar. 2, 1999**

[54] **TRAP PORTION OF A WATER CLOSET**

[75] Inventors: **Seijiro Kawamura; Minoru Tani; Hisayasu Sakai**, all of Kitakyushu, Japan

[73] Assignee: **Toto Ltd.**, Japan

[**] Term: **14 Years**

[21] Appl. No.: **65,235**

[22] Filed: **Jan. 27, 1997**

### Related U.S. Application Data

[62] Division of Ser. No. 41,751, Jul. 24, 1995, Pat. No. Des. 379,496.

[51] **LOC (6) Cl.** ........................................................ **23-02**
[52] **U.S. Cl.** ............................................................ **D23/309**
[58] **Field of Search** ........................... D23/295, 299–301, D23/303–311, 316, 324, 325, 328, 348, 350, 351, 366, 367, 415, 431, 432, 433, 213, 216

[56]         **References Cited**
        U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D. 275,514 | 9/1984 | Enthoven . |
| D. 275,598 | 9/1984 | Stairs, Jr. . |
| D. 310,407 | 9/1990 | Stairs, Jr. . |
| D. 345,597 | 3/1994 | Kohler, Jr. et al. . |
| D. 352,996 | 11/1994 | Sim . |
| D. 353,450 | 12/1994 | Anderson et al. . |

*Primary Examiner*—Louis S. Zarfas
*Assistant Examiner*—Eric Watterson
*Attorney, Agent, or Firm*—Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.

[57]         **CLAIM**

The ornamental design for a trap portion of a water closet, as shown and described.

### DESCRIPTION

FIG. **1** is a right side perspective view of a trap portion of a water closet embodying our design;
FIG. **2** is a left side perspective view thereof;
FIG. **3** is a left elevational view thereof;
FIG. **4** is a right elevational view thereof;
FIG. **5** is a riear elevational view thereof;
FIG. **6** is a right side perspective view of a second embodiment thereof;
FIG. **7** is a left side perspective view of the second embodiment;
FIG. **8** is a left elevational view of the second embodiment;
FIG. **9** is a right elevational view of the second embodiment;
FIG. **10** is a rear elevational view of the second embodiment;
FIG. **11** is a right side perspective view of a third embodiment thereof;
FIG. **12** is a left side perspective view of the third embodiment;
FIG. **13** is a left elevational view of the third embodiment;
FIG. **14** is a right elevational view of the third embodiment;
FIG. **15** is a rear elevational view of the third embodiment;
FIG. **16** is a right side perspective view of a fourth embodiment thereof;
FIG. **17** is a left side perspective view of the fourth embodiment;
FIG. **18** is a left elevational view of the fourth embodiment;
FIG. **19** is a right elevational view of the fourth embodiment;
FIG. **20** is a rear elevational view of the fourth embodiment;
FIG. **21** is a right side perspective view of a fifth embodiment thereof;
FIG. **22** is a left side perspective view of the fifth embodiment;
FIG. **23** is a left elevational view of the fifth embodiment;
FIG. **24** is a right elevational view of the fifth embodiment;
FIG. **25** is a rear elevational view of the fifth embodiment;
FIG. **26** is a right side perspective view of a sixth embodiment thereof;
FIG. **27** is a left side perspective view of the sixth embodiment;
FIG. **28** is a left elevational view of the sixth embodiment;
FIG. **29** is a right elevational view of the sixth embodiment; and,
FIG. **30** is a rear elevational view of the sixth embodiment.
The broken lines shown in FIGS. **1–30** are for purpose of showing environmental structure only and form no part of the claimed design.

**1 Claim, 18 Drawing Sheets**



**EXHIBIT A**



FIG. 1

FIG. 2



FIG. 3

FIG. 4

**EXHIBIT A**

| U.S. Patent | Mar. 2, 1999 | Sheet 3 of 18 | Des. 406,329 |

FIG. 5



**EXHIBIT A**



FIG. 7

FIG. 6

EXHIBIT A



FIG. 8

FIG. 9

**EXHIBIT A**

**U.S. Patent**     Mar. 2, 1999     Sheet 6 of 18     **Des. 406,329**

FIG. 10



**EXHIBIT A**



FIG. 12

FIG. 11



U.S. Patent        Mar. 2, 1999        Sheet 8 of 18        Des. 406,329



FIG. 13

FIG. 14

**EXHIBIT A**

| U.S. Patent | Mar. 2, 1999 | Sheet 9 of 18 | Des. 406,329 |

FIG. 15



**EXHIBIT A**



FIG. 17

FIG. 16

FIG. 18

FIG. 19



**EXHIBIT A**

FIG. 20



**EXHIBIT A**



FIG. 22

FIG. 21

EXHIBIT A

FIG. 23



FIG. 24



**EXHIBIT A**

**U.S. Patent**　　Mar. 2, 1999　　Sheet 15 of 18　　**Des. 406,329**

FIG. 25



**EXHIBIT A**



FIG. 27

FIG. 26

**EXHIBIT A**



**U.S. Patent**       Mar. 2, 1999       Sheet 17 of 18       **Des. 406,329**

FIG. 28



FIG. 29



**EXHIBIT A**

**U.S. Patent**  Mar. 2, 1999  Sheet 18 of 18  **Des. 406,329**

FIG. 30



**EXHIBIT A**