Judge Pauley

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOTO LTD., <br>    a Japanese Company, <br><br> and <br><br> TOTO U.S.A., INC., <br>    a Delaware Corporation, <br><br>    *Plaintiffs*, <br><br> v. <br><br> AMERICAN STANDARD COMPANIES, INC., <br>    a Delaware Corporation, <br><br>    *Defendant.* | 07 CIV 7971 <br><br> CASE NO. _____ <br><br> ECF CASE <br><br> JURY TRIAL DEMANDED <br><br> RULE 7.1 STATEMENT <br> OF PLAINTIFF TOTO U.S.A., INC. |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff TOTO U.S.A., INC. certifies that it is a wholly-owned subsidiary of TOTO U.S.A. HOLDINGS, INC., which is a wholly-owned subsidiary of TOTO Ltd. of Japan, which is publicly traded on the Tokyo Stock Exchange. There is no other parent corporation or publicly held corporation owning 10% or more its stock.

Dated:   September 11, 2007        Respectfully submitted,

DARBY & DARBY P.C.

By: _____
Steven E. Lipman (SL-9395)
Joseph R. Robinson (JR-9308)
Kevin L. Reiner (KR-0952)
7 World Trade Center
250 Greenwich Street
New York, NY  10007
Tel:   212.527.7700
Fax:   212.527.7701
Email: slipman@darbylaw.com
       jrobinson@darbylaw.com
       kreiner@darbylaw.com

**COUNSEL FOR PLAINTIFFS
TOTO LTD. and TOTO U.S.A., INC.**