*Judge Pauley*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOTO LTD., <br>    a Japanese Company, <br><br> and <br><br> TOTO U.S.A., INC., <br>    a Delaware Corporation, <br><br> *Plaintiffs,* <br><br> v. <br><br> AMERICAN STANDARD COMPANIES, INC., <br>    a Delaware Corporation, <br><br> *Defendant.* | CASE NO. 07 CIV 7971 <br><br> ECF CASE <br><br> JURY TRIAL DEMANDED <br><br> RULE 7.1 STATEMENT <br> OF PLAINTIFF TOTO LTD. |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff TOTO LTD. certifies that it is publicly traded on the Tokyo Stock Exchange under the symbol "TOTO" and that it has no parent corporation(s) and there is no publicly held corporation owning 10% or more its stock.

Dated: September 11, 2007          Respectfully submitted,

DARBY & DARBY P.C.

By: _____
Steven E. Lipman (SL-9395)
Joseph R. Robinson (JR-9308)
Kevin L. Reiner (KR-0952)
7 World Trade Center
250 Greenwich Street
New York, NY   10007
Tel:   212.527.7700
Fax:   212.527.7701
Email: slipman@darbylaw.com
          jrobinson@darbylaw.com
          kreiner@darbylaw.com

**COUNSEL FOR PLAINTIFFS
TOTO LTD., and TOTO U.S.A., INC.**