UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TOTO LTD.**, a Japanese Company, and **TOTO U.S.A., INC.**, a Delaware Corporation, and<br><br>Plaintiffs,<br><br>v.<br><br>**AMERICAN STANDARD COMPANIES INC.**, a Delaware Corporation,<br><br>Defendant. | Case No.:  07 Civ. 7971 (WHP)<br><br>ECF CASE<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**

In accordance with Rule 41(a)(1), F.R.Civ.P., Plaintiffs TOTO LTD. ("TOTO") and TOTO U.S.A., INC. ("TOTO U.S.") (collectively "Plaintiffs"), by and through counsel, hereby voluntarily dismiss their Original Complaint for Patent infringement against Defendant American Standard Companies Inc. filed on September 11, 2007.  The Defendant has not yet been served with the Original Complaint.  The dismissal of the Complaint without prejudice has been discussed with counsel for the named Defendant,

American Standard Companies, who has not entered an appearance in this matter since, among other things, the Original Complaint has not been formally served.

Dated:   October 15, 2007                    Respectfully submitted,

**DARBY & DARBY, P.C.**

By: s/ Steven E. Lipman
    Steven E. Lipman (SL-9395)
    Joseph R. Robinson (JR-9308)
    Kevin L. Reiner (KR-0952)
    7 World Trade Center
    250 Greenwich Street
    New York, NY  10007-0042
    Tel:  212.527.7700
    Fax:  212.527.7701
    slipman@darbylaw.com
    jrobinson@darbylaw.com
    kreiner@darbylaw.com

*Attorneys for Plaintiffs*

TOTO LTD. and TOTO U.S.A., INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing

**<u>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT</u>**

was (i) submitted to the Court's CM/ECF system on October 15, 2007 for service by the Court's Electronic Transmission Facilities, and that courtesy copies were submitted (ii) by hand to the Chambers of Judge William H. Pauley III, and (iii) by First Class Mail, postage prepaid, and by email, to counsel for Defendant, Edgar H. Haug, Esq., Frommer Lawrence & Haug LLP, 745 Fifth Avenue, New York, N.Y. 10151 (EHaug@flhlaw.com), on this 15th day of October, 2007.

                                                <u>s/ Steven E. Lipman</u>
                                                By:    Steven E. Lipman (SL-9395)