UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOTO LTD., a Japanese Company, and<br><br>TOTO U.S.A., INC., a Delaware Corporation, and<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN STANDARD COMPANIES INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 07 Civ. 7971 (WHP)<br><br>ECF CASE<br><br>JURY TRIAL DEMANDED |



COPY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/24/07

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**

In accordance with Rule 41(a)(1), F.R.Civ.P., Plaintiffs TOTO LTD. ("TOTO") and TOTO U.S.A., INC. ("TOTO U.S.") (collectively "Plaintiffs"), by and through counsel, hereby voluntarily dismiss their Original Complaint for Patent infringement against Defendant American Standard Companies Inc. filed on September 11, 2007. The Defendant has not yet been served with the Original Complaint. The dismissal of the Complaint without prejudice has been discussed with counsel for the named Defendant,

American Standard Companies, who has not entered an appearance in this matter since, among other things, the Original Complaint has not been formally served.

Dated:   October 15, 2007

Respectfully submitted,

**DARBY & DARBY, P.C.**

By: s/ Steven E. Lipman
Steven E. Lipman (SL-9395)
Joseph R. Robinson (JR-9308)
Kevin L. Reiner (KR-0952)
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel:  212.527.7700
Fax: 212.527.7701
slipman@darbylaw.com
jrobinson@darbylaw.com
kreiner@darbylaw.com

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
10/23/07

*Attorneys for Plaintiffs*

TOTO LTD. and TOTO U.S.A., INC.